**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: Kristin M. Allard,         )<br>                                             )<br>    *Debtor*                            )<br>                                             )<br>Charles A. Pisaturo, Jr., Chapter 7 Trustee   )<br>                                             )<br>    *Plaintiff*                          )<br>                                             )<br>    vs.                                 )<br>                                             )<br>Theresa Primo &                 )<br>Janis A. Goneconte,            )<br>    *Defendants*                    )<br>                                             ) | Chapter 7<br>No. 18-10820<br><br><br><br><br><br><br>A.P. No.  1:19-ap-01008 |

## **STIPULATION**

Please take notice that the parties in the above-captioned matter have agreed that Defendants will have an additional seven (7) days from Friday April 5, 2019, to file their Answer to Plaintiff's Complaint, or until Friday, April 12, 2019.

| Plaintiff, | Defendants, |
|---|---|
| Charles A. Pisaturo, Jr., | Theresa Primo & Janis Goneconte, |
| Chapter 7 Trustee, | By their attorney |
| By his attorney, | |
| | |
| /s/ Matthew J. McGowan | /s/ Frank S. Lombardi |
| Matthew J. McGowan, Esquire, #2770 | Frank S. Lombardi, Esquire #3957 |
| Salter McGowan Sylvia & Leonard, Inc. | Frank S. Lombardi Law Associates, P.C. |
| 56 Exchange Terrace, Suite 500 | 370 Atwood Avenue |
| Providence, RI 02903 | Cranston, RI 02920 |
| Tel. (401) 274-0300 | Tel. (401) 453-3900 |
| Fax (401) 453-0073 | Fax (401) 453-3920 |
| mmcgowan@smsllaw.com | fsl@lombardilawri.com |

**CERTIFICATION**

    I, the undersigned, hereby certify that on the 9th day of April, 2019, a copy of the foregoing document was electronically filed and served on the following parties:

        Matthew J. McGowan, Esquire, #2770
        Salter McGowan Sylvia & Leonard, Inc.
        56 Exchange Terrace, Suite 500
        Providence, RI 02903
        Tel. (401) 274-0300
        Fax (401) 453-0073
        mmcgowan@smsllaw.com

    The document(s) electronically filed and served are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                            /s/ Alexander B. Terry