# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In Re: Kristin M. Allard | : | Chapter 7 |
| Debtor | : | No. 18-10820 |
| | : | |
| Charles A. Pisaturo, Jr., Chapter 7 Trustee | : | |
| Plaintiff | : | |
| v. | : | A.P. No. 19-01008 |
| Theresa Primo and Janis A. Goneconte, | : | |
| Defendants | : | |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name: Theresa Primo

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
Clerk of the Bankruptcy Court

_____ By:_____
Date                                          Deputy Clerk