In Re: KRISTIN MENARD
Debtor
BK NO. 1:18-BK-10820
CHAPTER 7    5-14-19

CHARLES A PISATURO JR
Plaintiff
AP NO. 1:19-AP-01008

THERESA PRIMO ET AL
Defendant

05-16-'19 AM09:28

To whom it concerns,

I got this mail and don't understand what this means. This is the first piece of mail I got since I was questioned on Jan 2019.

I have no lawyer and don't know what this means. I did nothing wrong but am being punished.

The last lawyer I had just said that I am going to be sued & will have to go to court.

I can't afford a lawyer I tried for free lawyers but could get no help. I don't want to be put in the street.

I am here alone with no one so I don't understand what to do. I don't know what I am suppose to plead too. This is the first mail I got & don't have a lawyer to refer to.

Theresa Primo

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: **Kristin M Allard**<br><br>Debtor(s) | BK No. **1:18-bk-10820**<br>Chapter **7** |
| **Charles A. Pisaturo, Jr.**<br>Plaintiff(s)<br>v.<br>**Theresa Primo** *et al.*<br>Defendant(s) | AP No. **1:19-ap-01008** |

### ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

Theresa Primo ONLY

*Therefore, default is entered against the defendant(s) as authorized by Federal Rule Bankruptcy Procedure 7055.*

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Entered on Docket: **5/9/19**
Document Number: **13**

321.jsp