# United States Bankruptcy Court, District of Rhode Island

Proceeding Memorandum / Order of Court

---

In Re: Pisaturo, Jr. v. Primo et al          Case Number: 1:19-ap-01008   Ch:

**MOVANT/APPLICANT/PARTIES:**

Document filed by Defendant Theresa Primo (Doc. #15)

**OUTCOME:**

__ Granted    __ Denied    __ Approved    __ Sustained

__ Moot    __ Denied without prejudice    __ Withdrawn in open court    __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Court will treat the document filed by Theresa Primo (Doc. #15) as a Motion to Vacate Default. The Plaintiff shall have until May 31, 2019 by which to file an objection or response to said motion, or the motion will be granted and the clerk's entry of default will be vacated.

IT IS SO ORDERED:

*Diane Finkle*   Dated: 5/17/19

Diane Finkle, U.S. Bankruptcy Judge