# United States Bankruptcy Court, District of Rhode Island

Proceeding Memorandum / Order of Court

---

In Re: Pisaturo, Jr. v. Primo et al    Case Number: **1:19-ap-01008** Ch:

**MOVANT/APPLICANT/PARTIES:**

Defendant Theresa Primo's Motion to Vacate (Doc. #15)
Plaintiff's Response (Doc. #18)
Orders (Doc. ## 16, 20)

**OUTCOME:**

__ Granted    __ Denied    __ Approved    __ Sustained

__ Moot    __ Denied without prejudice    __ Withdrawn in open court    __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

After status hearing held on June 25, 2019, with Defendant Theresa Primo ("Defendant") and counsel for the Plaintiff present, and for the reasons stated on the record, the Court amends its Order entered June 10, 2019 (Doc. #20) only to the following extent: the Defendant shall have until July 15, 2019 to file a response to the Plaintiff's Complaint (Doc. #1).

IT IS SO ORDERED:

*Diane Finkle*    Dated: 6/25/19

Diane Finkle, U.S. Bankruptcy Judge