7-14-19

Case #1:19-AP-01008 CH

Pistaturo Jr. V. Primo et al

I am not able to get any legal advice cause I can't afford an attorney or able to get free advice. I am alone here and have no money to move. I don't want to be put in the street. I am alone here with no one to turn to for help. I don't understand if all I am doing to answer is right, but answering as asked. I did nothing wrong but paying for others mistakes. I don't feel I should be put out with no were to go at 67 yrs old. I have applied to senior housing but waiting list even 6 months wait.

And that the house is to be sold. And I never refused to leave as said before. I just have not were to go. It also seem I can't even asked question cause I really don't understand the law everyone strikes out at me like I did something wrong. There is no humanity anymore for people in my situation

Theresa Primo
7-14-19

Certificate of service, on 7-15-19 Frank Lomardi and Charles Pisaturo received notice electronically.